AO 91 (Rev. 02/09) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

United States of America                    )
v.                                          )
                                            )     Case No.  B-15-69-MJ
1 Filimon ESQUIVEL-Gomez                    )
2 Eunice HERNANDEZ-Rubio                    )
_____         )

                        *Defendant*

United States District Court
Southern District of Texas
FILED

JAN  - 9 2015

## CRIMINAL COMPLAINT

David J. Bradley, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __January 8, 2015__ in the county of __Cameron__ in the __Southern__ District of

__Texas__ the defendant violated __8 USC 1324__ ,

an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation within the United States.

This criminal complaint is based on these facts:

On January 8, 2015, Homeland and Security Investigations Special Agents and U.S. Border Patrol Agents approached a residence located at ███████████████████████ in Brownsville, Texas and conducted a consensual search of the residence. At the aforementioned address, agents encountered nine (9) undocumented aliens being harbored by Eunice HERNANDEZ-Rubio. Before agents approached the aforementioned address, agents encountered Filimon ESQUIVEL-Gomez who stated he was harboring nine (9) undocumented aliens at his apartment and granted agents written consent to search his apartment. HERNANDEZ and ESQUIVEL admitted they were the caretakers of the undocumented aliens encountered at their residence and stated they were getting paid $30.00 per undocumented alien at their home.

Continued on the attached sheet.

_____
Complainant's signature

Josue Torres Bosch, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __January 9, 2015__

_____
Judge's signature

City and state: __Brownsville, Texas__          Ignacio Torteya III  U.S. Magistrate Judge
                                                _____
                                                *Printed name and title*